```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 11718
   CORNELL BENSON
   DENISE BENSON                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4307    SSN XXX-XX-1377

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/18/2006 and was confirmed 11/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 03/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------
GMAC MORTGAGE                 CURRENT MORTG         .00          .00           .00
GMAC MORTGAGE                 MORTGAGE ARRE      142.45          .00        142.45
FIFTH THIRD BANK              SECURED VEHIC    21186.32      2508.42       3704.89
US BANK                       SECURED VEHIC    21384.00      2532.39       3705.95
ECAST SETTLEMENT CORP         UNSECURED          579.64          .00           .00
BANK OF AMERICA               UNSECURED         5781.28          .00           .00
ECAST SETTLEMENT CORP         UNSECURED         4762.62          .00           .00
CAPITAL ONE                   UNSECURED          666.85          .00           .00
CHASE BANK USA                UNSECURED          111.01          .00           .00
CITIBANK                      UNSECURED       NOT FILED          .00           .00
HOUSEHOLD BANK                UNSECURED         5491.22          .00           .00
DISCOVER FINANCIAL SERVI      UNSECURED           57.54          .00           .00
FIRST PREMIER BANK            UNSECURED       NOT FILED          .00           .00
PREMIER BANKCARD              UNSECURED          562.47          .00           .00
GE CONSUMER FINANCE           UNSECURED         4500.00          .00           .00
GEMB/ EMPIRE                  UNSECURED       NOT FILED          .00           .00
GE CONSUMER FINANCE           UNSECURED         3000.00          .00           .00
HOUSEHOLD BANK                UNSECURED       NOT FILED          .00           .00
HSBC NV                       UNSECURED       NOT FILED          .00           .00
NICOR GAS                     UNSECURED          623.64          .00           .00
ECMC                          UNSECURED         2271.12          .00           .00
PORTFOLIO RECOVERY ASSOC      NOTICE ONLY     NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC      UNSECURED         1880.51          .00           .00
US BANK                       UNSECURED             .11          .00           .00
ROBERT J SEMRAD & ASSOC       DEBTOR ATTY      1,944.00                    1,344.00
TOM VAUGHN                    TRUSTEE                                        911.90
DEBTOR REFUND                 REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 11718 CORNELL BENSON & DENISE BENSON
```

```
TRUSTEE                                       14,850.00

PRIORITY                                                              .00
SECURED                                                         7,553.29
    INTEREST                                                    5,040.81
UNSECURED                                                             .00
ADMINISTRATIVE                                                  1,344.00
TRUSTEE COMPENSATION                                              911.90
DEBTOR REFUND                                                         .00
                                         ---------------    ---------------
TOTALS                                        14,850.00         14,850.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 05/26/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE










                             PAGE   2
        CASE NO. 06 B 11718 CORNELL BENSON & DENISE BENSON